422 A.2d 683

Commonwealth ex rel. Grasso v. Gedney, Director
of Pretrial Services.

Appeal of Grasso.

Submitted December 6, 1978. Robert F. Simone, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.